AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KAREN SINCLAIR, individually and as Guardian Ad Litem for K.S. and J.A., minor children; and JULIAN AL-GHAMDI,
*Plaintiff*
v.
CITY OF GRANDVIEW, a municipal corporation in the State of Washington, et al,
*Defendant*

Civil Action No. CV-12-3041-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Summary Judgment is granted as to all claims agains all "City and County Defendants" except Detective Akins. Summary Judgment is further granted as to all claims against Detective Akins except for Plaintiffs' claims based on Detective Akins' act of obtaining a warrant to search their home for marijuana trafficking and for malicious prosecution on the charge of marijuana trafficking. The Claims remaining against Detective Akins consist of parts of Plaintiffs' First, Third, and Fifth Claims for Relief in Plaintiffs' Amended Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 09/26/2013

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy