# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KAREN SINCLAIR, individually and as Guardian Ad Litem for K.S. and J.A. minor children, and JULIAN AL-GHAMDI<br>*Plaintiff*<br>v.<br>MICHAEL AKINS and MARK NEGRETE<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  12-CV-3041-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant *(name)* Michael Akins and Mark Negrete recover costs from the plaintiff *(name)* Karen Sinclair, individually and as Guardian Ad Litem for K.S. and J.A. minor children, and Julian Al-Ghamdi.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Rosanna Malouf Peterson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 7/3/2014

CLERK OF COURT

SEAN F. McAVOY

*Cindy Parks*
(By) Deputy Clerk

Cindy Parks